ELECTRONIC
**SEPT 04, 2013**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

D.C.

| PROB 22<br>MD/FL 6/13 | **TRANSFER OF JURISDICTION**<br><br>**13-20106-TP-ALTONAGA/SIMONTON** | DOCKET NUMBER *(Tran...)*<br>113A 2:98CR00086 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jeffrey Leon Harris<br><br>Miami, Florida | Middle District of Florida | Fort Myers |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable David D. Dowd | |
| | DATES OF SUPERVISED RELEASE: | FROM<br>05/27/2011 | TO<br>05/26/2016 |

| OFFENSE |
|---|
| NARCOTICS - SELL - DISTRIBUTE - OR DISPENSE 21:841B=ND.F |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Florida___

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the ___Southern District of Florida___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_8/1/13_                                    _John E. Black_
Date                                         United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Southern___ DISTRICT OF ___Florida___

    IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8/27/13_                                   _Cecilia M. Altonaga_
Effective Date                              United States District Judge

JAN 17 2001

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

**2:98-cr-86-FTM-29DNF**

JEFFREY L. HARRIS

Michael Gonzalez, CJA

---

IN CAMERA
### AMENDED JUDGMENT IN A CRIMINAL CASE
### Pursuant to Rule 35
### (For Offenses Committed On or After November 1, 1987)

The defendant pleaded guilty to Count 2 of the Indictment. Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 21:USC:841 | Possession with intent to distribute cocaine | July 9, 1998 | Two |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and the Mandatory Victims Restitution Act of 1996.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.
Defendant's Date of Birth:                    1965
Deft's U.S. Marshal No.:      20692-018

Defendant's Mailing Address:
c/o U.S. Marshal

Date of Original Sentence:
March 12, 1999
1st Amended:   January 8, 2001

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL.
SHERYL L. LOESCH, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

BY: _____
DEPUTY CLERK

DAVID D. DOWD, JR.
UNITED STATES DISTRICT JUDGE
January _10_ ,2001

S-8

 

JEFFREY L. HARRIS
2:98-cr-86-FTM-29DNF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **100 Months**.

The Court recommends to the Bureau of Prisons:Incareration in the State of Florida as soon as appropriate

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

JEFFREY L. HARRIS
2:98-cr-86-FTM-29DNF

Page 3 of 6

## ~~SUPERVISED RELEASE~~

Upon release from imprisonment, the defendant shall be on supervised release for a term of **60 years**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not possess a firearm, ammunition, or destructive device as defined in 18 U.S.C. § 921.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The defendant shall comply with the following standard conditions that have been adopted by this court.

## STANDARD CONDITIONS OF SUPERVISION

1.      The defendant shall not leave the judicial district without the permission of the court or probation officer;

2.      The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3.      The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4.      ~~The defendant shall support his or her dependents and meet other family responsibilities;~~

5.      The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6.      The defendant shall notify the probation officer **ten (10) days prior** to any change in residence or employment;

7.      The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

8.      The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

JEFFREY L. HARRIS
2:98-cr-86-FTM-29DNF

9.  The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14. If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

- The defendant shall participate as directed in a program (outpatient and/or inpatient) approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Substance Abuse Treatment Services.

- The defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.



JEFFREY L. HARRIS
2:98-cr-86-FTM-29DNF

Page 5 of 6

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.  The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100 | WAIVED | NOT APPLICABLE |

The Special Assessment shall be due immediately.

### FINE

No fine imposed.

### RESTITUTION

No Restitution was ordered.



JEFFREY L. HARRIS
2:98-cr-86-FTM-29DNF

Page 6 of 6

### ~~STATEMENT OF REASONS~~

The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

### GUIDELINE RANGE DETERMINED BY THE COURT:

| | |
|---|---|
| Total Offense Level: | 31 |
| Criminal History Category: | VI |
| Imprisonment Range: | 188 to 235 months |
| Supervised Release Range: | 4 to 5 years |
| Fine Range: | $15,000 to $2 million |

**X** Fine is waived or is below the guideline range, because of the defendant's inability to pay.

**X** Restitution is not ordered because:
The defendant was convicted of a qualifying offense under 18 U.S.C. 3663(a))1)(A) and the Court has considered the factors enumerated in 18 U.S.C. 3663(a0(1)(B)(i) determining an order of restitution not to be appropriate.

**X** The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason: A sentence at the low end of the applicable guideline range will not undermine the statutory purposes of sentencing.

**The Court granted the Rule 35 motion and modified the total offense level to 24 with the sentencing range of 100-125 months and sentenced at the low end.**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA :
:
v. : CASE NO. 98- 86 -CR-FTM-23
:
JEFFREY LEON HARRIS, and :
LANDON DAWKINS, a/k/a :
MARK LARKINS :

INDICTMENT

The Grand Jury charges:

COUNT ONE

On or about July 9, 1998, in Collier County, in the Middle District of Florida and

elsewhere,

JEFFREY LEON HARRIS, and
LANDON DAWKINS, a/k/a
MARK LARKINS,

the defendants herein, did knowingly and intentionally combine, conspire, confederate and

agree with each other and with other persons known and unknown to the Grand Jury, to

possess with intent to distribute a quantity of a mixture or substance containing a

detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21,

United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about July 9, 1998, in Collier County, in the Middle District of Florida,

JEFFREY LEON HARRIS, and
LANDON DAWKINS, a/k/a
MARK LARKINS,

the defendants herein, did knowingly and intentionally possess with intent to distribute a

quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule

II Controlled Substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United

States Code, Section 2.

## FORFEITURE

Through the violations of Title 21, United States Code, Sections 841(a)(1) and 846,

alleged in Counts One and Two of this Indictment, each count punishable by imprisonment

for more than one year, which counts are realleged and incorporated as if more fully set

forth herein, the defendants did obtain, use and intend to use:

> A.    Property constituting and derived from any proceeds the defendants
obtained, directly and indirectly, as the result of such violations; and

> B.    Property used and intended to be used in any manner and part to
commit and to facilitate the commission of such violations;

thereby making the defendants' interest in said property, interests, claims, and contractual

rights forfeitable to the United States pursuant to Title 21, United States Code, Section

853.

2

Said property, interests, claims, and contractual rights to include, but are not limited to, the following:

All real and personal property, both tangible and intangible, in which the defendants have a legal, equitable, or beneficial interest.

If any of the property described herein, as a result of any act or commission of the defendants:

1.     cannot be located upon the exercise of due diligence;

2.     has been transferred or sold to, or deposited with, a third party;

3.     has been placed beyond the jurisdiction of the court;

4.     has been substantially diminished in value; or

5.     has been commingled with other property which cannot be divided without difficulty,

3

he United States of America shall be entitled to forfeiture of substitute property under the

provisions of Title 21, United States Code, Section 853 (p).

A TRUE BILL,

_____
FOREMAN

CHARLES R. WILSON
United States Attorney

By: _____
ROBERT P. BARCLIFT
Assistant United States Attorney

By: _____
DOUGLAS MOLLOY
Managing Assistant United States Attorney

4

# UNITED STATES DISTRICT COURT

*MIDDLE DISTRICT OF FLORIDA*
*FORT MYERS DIVISION*

## THE UNITED STATES OF AMERICA

*vs.*

**JEFFREY LEON HARRIS;**
**LANDON DAWKINS, a/k/a MARK LARKINS**

## INDICTMENT

**For Violations of 21 U.S.C. § 841(a)(1)**
**and 18 U.S.C. § 2**

*A true bill.*

_____
*Foreman*

*Filed in open court this _____ day,*
*of August A.D. 1998*

_____
*Clerk*

*Bail, $ _____*

**U.S. District Court**
**Middle District of Florida (Ft. Myers)**
**CRIMINAL DOCKET FOR CASE #: 2:98-cr-00086-JES All Defendants**

Case title: USA v. Harris                              Date Filed: 08/05/1998
Magistrate judge case number: 2:98-mj-00063           Date Terminated: 03/15/1999

---

Assigned to: Judge John E. Steele

**Defendant (1)**

**Jeffrey Leon Harris**                  represented by   **Charles Michael Harris**
*TERMINATED: 03/15/1999*                                 Charles M. Harris, PA
                                                         Suite 202
                                                         1375 Jackson St
                                                         Ft Myers, FL 33901
                                                         239/332-4922
                                                         Fax: 239/332-2872
                                                         Email: charrissec1@earthlink.net
                                                         *TERMINATED: 10/27/1998*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Public Defender or Community*
                                                         *Defender Appointment*

                                                         **Edward M. Panzica**
                                                         Law Offices of Edward M. Panzica, PA
                                                         Unit 2
                                                         1601 E Bay Dr
                                                         Largo, FL 33771
                                                         727/588-0966
                                                         Fax: 727/588-0415
                                                         Email: Zekeesq@aol.com
                                                         *TERMINATED: 11/13/1998*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: CJA Appointment*

                                                         **Michael Gonzalez**
                                                         Michael Gonzalez, PA
                                                         5001 W Cypress St
                                                         Tampa, FL 33607
                                                         (813) 225-1426
                                                         Fax: (813) 225-1422
                                                         Email: m.mgonzalezlaw@verizon.net
                                                         *TERMINATED: 03/15/1999*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: CJA Appointment*

**Pending Counts**                                       **Disposition**

21:841A=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE
(2)

Imprisonment: 188 months; Supervised
Release: 60 months; Special Assessment:
$100 [3/12/99 DDD]

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS (1) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

Assigned to: Judge John E. Steele

**Defendant (2)**

Landon Dawkins                    represented by  **Jay E. Baily**
*TERMINATED: 02/04/1999*                          Baily & Baily, PA
*also known as*                                   Suite 18
Mark Larkins                                      46 N Washington Blvd
                                                  Sarasota, FL 34236
                                                  941/364-9997
                                                  Fax: 941/953-4623
                                                  Email: bailylaw@verizon.net
                                                  *TERMINATED: 02/04/1999*
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: CJA Appointment*

                                                  **Martin Der Ovanesian**
                                                  Federal Public Defender's Office
                                                  Suite 301
                                                  1514 Broadway
                                                  Ft Myers, FL 33901
                                                  239/334-0397
                                                  Email: martin_derovanesian@fd.org
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE (2) | Imprisonment: 41 months; Supervised Release: 48 months; Special Assessment: $100 (1/27/99-DDD) |

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS (1) | Dismissed |

### Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

---

### Plaintiff

**United States of America**                    represented by **Robert P. Barclift**
US Attorney's Office - FLM
Room 3-137
2110 First Street
Ft Myers, FL 33901
239/461-2200
Email: Robert.Barclift@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/09/1998 | | ARREST of Jeffrey Leon Harris, Landon Cameron Dawkins Jr., Elizabeth Joyce Allen [ 2:98 -m -63 ] (lag) (Entered: 07/13/1998) |
| 07/10/1998 | 1 | COMPLAINT as to Jeffrey Leon Harris, Landon Cameron Dawkins Jr., Elizabeth Joyce Allen before Magistrate Judge George T. Swartz [ 2:98 -m -63 ] (lag) (Entered: 07/13/1998) |
| 07/10/1998 | 2 | ARREST WARRANT issued as to Jeffrey Leon Harris [ 2:98 -m -63 ] (lag) (Entered: 07/13/1998) |
| 07/10/1998 | 3 | ARREST WARRANT issued as to Landon Cameron Dawkins Jr. [ 2:98 -m -63 ] (lag) (Entered: 07/13/1998) |
| 07/10/1998 | 5 | INITIAL APPEARANCE held before Magistrate Judge George T. Swartz as to Jeffrey Leon Harris Detention hearing set for 12:00 7/15/98 for Jeffrey Leon Harris ; Preliminary Examination set for 5:00 7/17/98 for Jeffrey Leon Harris ; Court Reporter: SWFLR - Sabrina Beauvais Defendant(s) informed of rights. [ 2:98 -m -63 ] (lag) (Entered: 07/13/1998) |
| 07/10/1998 | 6 | INITIAL APPEARANCE held before Magistrate Judge George T. Swartz as to Landon Cameron Dawkins Jr.Detention hearing set for 5:00 7/17/98 for Landon Cameron Dawkins Jr. ; Preliminary Examination set for 5:00 7/17/98 for Landon Cameron Dawkins Jr. ; Court Reporter: SWFLR - Sabrina Beauvais Defendant(s) informed of rights. [ 2:98 -m -63 ] (lag) (Entered: 07/13/1998) |
| 07/10/1998 | 8 | ORDER appointing Federal Public Defender for Jeffrey Leon Harris ( Signed by Magistrate |

| | | Judge George T. Swartz ) [ 2:98-m -63 ] (lag) (Entered: 07/13/1998) |
|---|---|---|
| 07/10/1998 | 9 | ORDER appointing Federal Public Defender for initial appearance only for Landon Cameron Dawkins Jr. ( Signed by Magistrate Judge George T. Swartz ) [ 2:98-m -63 ] (lag) (Entered: 07/13/1998) |
| 07/10/1998 | 11 | ARREST WARRANT returned executed as to Jeffrey Leon Harris on 7/10/98 [ 2:98-m -63 ] (lag) (Entered: 07/13/1998) |
| 07/10/1998 | 12 | ARREST WARRANT returned executed as to Landon Cameron Dawkins Jr. on 7/10/98 [ 2:98-m -63 ] (lag) (Entered: 07/13/1998) |
| 07/10/1998 | 14 | NOTICE OF HEARING: setting Detention Hearing for 12:00 7/17/98 for Jeffrey Leon Harris Scheduled for Magistrate Judge George T. Swartz [ 2:98-m -63 ] (lag) (Entered: 07/13/1998) |
| 07/10/1998 | 15 | NOTICE OF HEARING: setting Detention Hearing for 5:00 7/17/98 for Landon Cameron Dawkins Jr., for Elizabeth Joyce Allen Scheduled for Magistrate Judge George T. Swartz [ 2:98-m -63 ] (lag) (Entered: 07/13/1998) |
| 07/10/1998 | 16 | NOTICE OF HEARING: setting Preliminary Examination for 5:00 7/17/98 for Jeffrey Leon Harris, for Landon Cameron Dawkins Jr., for Elizabeth Joyce Allen Scheduled for Magistrate Judge George T. Swartz [ 2:98-m -63 ] (lag) (Entered: 07/13/1998) |
| 07/14/1998 | 17 | NOTICE of appearance for Jeffrey Leon Harris by attorney Charles Michael Harris [ 2:98-m -63 ] (lag) (Entered: 07/15/1998) |
| 07/14/1998 | 19 | CJA 20 as to Landon Cameron Dawkins Jr.: Appointment of Attorney Jay E. Baily Voucher # 0838180 ( Signed by Magistrate Judge George T. Swartz ) [ 2:98-m -63 ] (lag) (Entered: 07/15/1998) |
| 07/15/1998 | 20 | DETENTION HEARING held before Magistrate Judge George T. Swartz as to Jeffrey Leon Harris Court Reporter: SWFLR - Lori Hedden [ 2:98-m -63 ] (lag) (Entered: 07/16/1998) |
| 07/15/1998 | 21 | ORDER OF DETENTION as to Jeffrey Leon Harris ( Signed by Magistrate Judge George T. Swartz ) [ 2:98-m -63 ] (lag) (Entered: 07/16/1998) |
| 07/17/1998 | 22 | DETENTION HEARING held before Magistrate Judge George T. Swartz as to Landon Cameron Dawkins Jr., Elizabeth Joyce Allen Court Reporter: SWFLR - Sabrina Beauvais [ 2:98-m -63 ] (lag) (Entered: 07/17/1998) |
| 07/17/1998 | 22 | PRELIMINARY EXAMINATION held before Magistrate Judge George T. Swartz as to Jeffrey Leon Harris, Landon Cameron Dawkins Jr., Elizabeth Joyce Allen Court Reporter: SWFRL - Sabrina Beauvais [ 2:98-m -63 ] (lag) (Entered: 07/17/1998) |
| 07/20/1998 | 25 | ORDER OF DETENTION as to Landon Cameron Dawkins Jr. ( Signed by Magistrate Judge George T. Swartz ) [ 2:98-m -63 ] (lag) (Entered: 07/20/1998) |
| 08/05/1998 | 26 | INDICTMENT as to Jeffrey Leon Harris (1) count(s) 1 and 2; Landon Dawkins (2) count(s) 1 and 2 (kma) (Entered: 08/10/1998) |
| 08/05/1998 | | MAGISTRATE JUDGE CASE ASSIGNMENT Magistrate assigned: George T. Swartz (kma) (Entered: 08/10/1998) |
| 08/10/1998 | 27 | NOTICE OF HEARING: setting arraignment for 3:00 8/13/98 for Jeffrey Leon Harris and Landon Dawkins Scheduled for Magistrate Judge George T. Swartz (kma) (Entered: 08/10/1998) |
| 08/11/1998 | 28 | AMENDED NOTICE OF HEARING: set arraignment for 3:00 8/13/98 for Jeffrey Leon Harris, for Landon Dawkins Scheduled for Magistrate Judge George T. Swartz (lap) Modified on 08/11/1998 (Entered: 08/11/1998) |

| 08/13/1998 | 29 | ARRAIGNMENT held on 08/13/98 as to Jeffrey Leon Harris, Landon Dawkins. Defendant (s) pled not guilty before Magistrate Judge George T. Swartz Tape 98-21 (lap) (Entered: 08/18/1998) |
|---|---|---|
| 08/13/1998 | 30 | PRETRIAL DISCOVERY ORDER as to Jeffrey Leon Harris ( Signed by Magistrate Judge George T. Swartz ) (lap) (Entered: 08/18/1998) |
| 08/13/1998 | 31 | PRETRIAL DISCOVERY ORDER as to Landon Dawkins ( Signed by Magistrate Judge George T. Swartz ) (lap) (Entered: 08/18/1998) |
| 08/14/1998 | 32 | STATUS REPORT by USA as to Jeffrey Leon Harris, Landon Dawkins (lap) (Entered: 08/18/1998) |
| 08/14/1998 | 33 | MOTION by Landon Dawkins for protection of dates 08/13 - 09/10/98 (lap) (Entered: 08/18/1998) |
| 08/18/1998 | 34 | NOTICE OF HEARING: set Omnibus Hearing for 9:45 8/28/98 for Jeffrey Leon Harris, for Landon Dawkins Scheduled for Magistrate Judge George T. Swartz (lap) (Entered: 08/18/1998) |
| 08/18/1998 | 35 | ORDER: The parties are directed to file on or before the fifteenth of each month a joint status report as to Jeffrey Leon Harris, Landon Dawkins (s/DRG/Courtroom Deputy) (lap) (Entered: 08/18/1998) |
| 08/21/1998 | 36 | NOTICE OF HEARING: reset Omnibus Hearing for 9:00 9/11/98 for Jeffrey Leon Harris, for Landon Dawkins Scheduled for Magistrate Judge George T. Swartz (lap) (Entered: 08/21/1998) |
| 08/24/1998 | 37 | SCHEDULING ORDER as to Jeffrey Leon Harris, Landon Dawkins setting Jury Trial for term commencing 10/5/98 for Jeffrey Leon Harris, for Landon Dawkins; Scheduled for Judge Steven D. Merryday (Signed by Judge Steven D. Merryday) (lap) (Entered: 08/24/1998) |
| 08/25/1998 | 38 | NOTICE of filing discovery letters by USA as to Jeffrey Leon Harris, Landon Dawkins (lap) (Entered: 08/25/1998) |
| 08/26/1998 | 39 | SUPPLEMENTAL NOTICE of filing supplemental discovery letters by USA as to Jeffrey Leon Harris, Landon Dawkins (lap) (Entered: 08/26/1998) |
| 09/01/1998 | 40 | ORDER granting [33-1] motion for protection of dates 08/13 - 09/10/98 as to Landon Dawkins (2) ( Signed by Judge Steven D. Merryday ) (lap) (Entered: 09/02/1998) |
| 09/11/1998 | 41 | OMNIBUS HEARING held on 09/11/98 before Magistrate Judge George T. Swartz as to Jeffrey Leon Harris Tape 98-22 (lap) (Entered: 09/11/1998) |
| 09/11/1998 | 42 | NOTICE OF HEARING: set Omnibus Hearing for 10:30 10/7/98 for Jeffrey Leon Harris Scheduled for Magistrate Judge George T. Swartz (lap) (Entered: 09/11/1998) |
| 09/14/1998 | 43 | MOTION by Landon Dawkins to dispense with omnibus hearing Referred to Magistrate Judge George T. Swartz (lap) (Entered: 09/14/1998) |
| 09/15/1998 | 44 | MOTION by Jeffrey Leon Harris to perform marriage ceremony Referred to Magistrate Judge George T. Swartz (lap) (Entered: 09/15/1998) |
| 09/15/1998 | 45 | STATUS REPORT by USA as to Jeffrey Leon Harris, Landon Dawkins (lap) (Entered: 09/16/1998) |
| 09/16/1998 | 46 | ORDER setting jury trial for term commencing 10:00 10/5/98 for Jeffrey Leon Harris, for Landon Dawkins Scheduled for Judge Steven D. Merryday ( Signed by Judge Steven D. Merryday ) (src) (Entered: 09/17/1998) |
|  |  |  |

| 09/17/1998 | 47 | ORDER granting [44-1] motion to perform marriage ceremony as to Jeffrey Leon Harris (1) (Signed by Magistrate Judge George T. Swartz) (lap) (Entered: 09/18/1998) |
|---|---|---|
| 10/02/1998 | 48 | MOTION by Jeffrey Leon Harris to continue trial (lap) (Entered: 10/05/1998) |
| 10/07/1998 | 49 | NOTICE/CONSENT Regarding Entry of a Plea of Guilty by Landon Dawkins (lap) (Entered: 10/07/1998) |
| 10/07/1998 | 50 | MOTION by Landon Dawkins for protection from 10/14 - 10/19/98 (lap) (Entered: 10/07/1998) |
| 10/07/1998 | 51 | NOTICE of supplemental notice of filing by USA as to Jeffrey Leon Harris (lap) (Entered: 10/08/1998) |
| 10/07/1998 | 52 | OMNIBUS HEARING held on 10/07/98 before Magistrate Judge George T. Swartz as to Jeffrey Leon Harris Court Reporter: SWFLR/Tracie Sitkins (lap) (Entered: 10/08/1998) |
| 10/09/1998 | 53 | SECOND supplemental notice of filing discovery letter by USA as to Jeffrey Leon Harris (lap) (Entered: 10/13/1998) |
| 10/13/1998 | | ENDORSED ORDER granting [48-1] motion to continue trial as to Jeffrey Leon Harris (1) ( Signed by Judge Steven D. Merryday ) (vgf) (Entered: 10/13/1998) |
| 10/13/1998 | | ENDORSED ORDER granting [50-1] motion for protection from 10/14 - 10/19/98 as to Landon Dawkins (2) ( Signed by Judge Steven D. Merryday ) (vgf) (Entered: 10/13/1998) |
| 10/13/1998 | 54 | PLEA AGREEMENT as to Landon Dawkins (lap) (Entered: 10/13/1998) |
| 10/14/1998 | 55 | NOTICE OF HEARING: set change of plea hearing for 10:00 10/22/98 for Landon Dawkins Scheduled for Magistrate Judge George T. Swartz (lap) (Entered: 10/14/1998) |
| 10/15/1998 | 56 | STATUS REPORT by USA as to Jeffrey Leon Harris, Landon Dawkins (lap) (Entered: 10/15/1998) |
| 10/16/1998 | 57 | MOTION by Jeffrey Leon Harris for Charles Harris to withdraw as attorney Referred to Magistrate Judge George T. Swartz (lap) (Entered: 10/16/1998) |
| 10/19/1998 | 58 | MOTION HEARING held on 10/19/98 before Magistrate Judge George T. Swartz as to Jeffrey Leon Harris re: [57-1] motion for Charles Harris to withdraw as attorney granting [57-1] motion for Charles Harris to withdraw as attorney as to Jeffrey Leon Harris (1) Tape: 98-24 (lap) (Entered: 10/20/1998) |
| 10/21/1998 | 59 | SCHEDULING ORDER as to Jeffrey Leon Harris setting Jury Trial for term commencing 9:00 11/5/98 - 11/20/98 for Jeffrey Leon Harris ; Status Conference for 2:00 11/4/98 for Jeffrey Leon Harris ; Scheduled for Judge Ann Aldrich (s/DRG/Courtroom Deputy) (lap) (Entered: 10/22/1998) |
| 10/22/1998 | 60 | CHANGE OF PLEA Hearing before Magistrate Judge George T. Swartz Guilty Plea Proffered as to Landon Dawkins (2) count(s) 2 Court Reporter: SWFLR/Lori Hedden (lap) (Entered: 10/23/1998) |
| 10/22/1998 | 61 | NOTICE/CONSENT Regarding Entry of a Plea of Guilty by Landon Dawkins (lap) (Entered: 10/23/1998) |
| 10/22/1998 | 62 | CONSENT to court's inspection of PSI report prior to plea of guilty or finding of guilt by Landon Dawkins (lap) (Entered: 10/23/1998) |
| 10/22/1998 | 63 | REPORT AND RECOMMENDATIONS Concerning Plea of Guilty as to Landon Dawkins (Signed by Magistrate Judge George T. Swartz) (lap) (Entered: 10/23/1998) |
| 10/23/1998 | 64 | CJA 20 as to Jeffrey Leon Harris : Appointment of Attorney Edward M. Panzica Voucher # 0837888 ( Signed by Magistrate Judge George T. Swartz ) (lap) (Entered: 10/23/1998) |

| 10/26/1998 | 65 | NOTICE of appearance for Jeffrey Leon Harris by attorney Edward M. Panzica (lap) (Entered: 10/27/1998) |
| 10/28/1998 | 66 | MOTION with memorandum in support by Jeffrey Leon Harris to continue trial (lap) (Entered: 10/28/1998) |
| 10/29/1998 | 67 | NOTICE OF HEARING: Inquiry Re: Counsel Scheduled for Magistrate Judge George T. Swartz 10:45 10/30/98 for Jeffrey Leon Harris (lap) (Entered: 10/30/1998) |
| 10/30/1998 | 68 | MINUTE ENTRY re: counsel as to Jeffrey Leon Harris before Magistrate Judge George T. Swartz Court Reporter: SWFLR/Lori Hedden (lap) (Entered: 11/05/1998) |
| 11/06/1998 | 69 | ORDER granting [66-1] motion to continue trial as to Jeffrey Leon Harris (1) ( Signed by Judge Ann Aldrich ) (lap) (Entered: 11/06/1998) |
| 11/06/1998 | 70 | NOTICE of appearance for Jeffrey Leon Harris by attorney Michael Gonzalez (lap) (Entered: 11/10/1998) |
| 11/13/1998 | 71 | MOTION with memorandum in support by Jeffrey Leon Harris for Edward Panzica to withdraw as attorney Referred to Magistrate Judge George T. Swartz (lap) (Entered: 11/13/1998) |
| 11/13/1998 | | ENDORSED ORDER granting [71-1] motion for Edward Panzica to withdraw as attorney (Terminated attorney Edward M. Panzica for Jeffrey Leon Harris as to Jeffrey Leon Harris (1) ( Signed by Magistrate Judge George T. Swartz ) (lap) (Entered: 11/13/1998) |
| 11/16/1998 | 72 | SCHEDULING ORDER as to Jeffrey Leon Harris setting Jury Trial for term commencing 9:00 11/30/98 for Jeffrey Leon Harris ; Scheduled for Judge Joseph E. Stevens Jr. (s/KT/Courtroom Deputy) (lap) (Entered: 11/18/1998) |
| 11/20/1998 | 73 | PLEA AGREEMENT as to Jeffrey Leon Harris (lap) (Entered: 11/23/1998) |
| 11/23/1998 | 74 | NOTICE OF HEARING: set change of plea hearing for 10:30 12/4/98 for Jeffrey Leon Harris Scheduled for Magistrate Judge George T. Swartz (lap) (Entered: 11/23/1998) |
| 11/24/1998 | 75 | NOTICE OF HEARING: reset change of plea hearing for 2:30 12/4/98 for Jeffrey Leon Harris Scheduled for Magistrate Judge George T. Swartz (lap) (Entered: 11/24/1998) |
| 12/04/1998 | 76 | CJA 20 Authorization to pay Edward M. Panzica for defendant Jeffrey Leon Harris , Amount: $ 1,008.03 Voucher # 0837888 ( Signed by Judge Steven D. Merryday ) (lap) (Entered: 12/07/1998) |
| 12/04/1998 | 77 | CHANGE OF PLEA Hearing before Magistrate Judge George T. Swartz Guilty Plea Proffered as to Jeffrey Leon Harris (1) count(s) 2 Court Reporter: SWFLR/Lori Hedden (lap) (Entered: 12/07/1998) |
| 12/04/1998 | 78 | CONSENT to court's inspection of PSI report prior to plea of guilty or finding of guilt by Jeffrey Leon Harris (lap) (Entered: 12/07/1998) |
| 12/04/1998 | 79 | NOTICE/CONSENT Regarding Entry of a Plea of Guilty by Jeffrey Leon Harris (lap) (Entered: 12/07/1998) |
| 12/04/1998 | 80 | REPORT AND RECOMMENDATIONS Concerning Plea of Guilty as to Jeffrey Leon Harris ( Signed by Magistrate Judge George T. Swartz ) (lap) (Entered: 12/07/1998) |
| 12/08/1998 | 81 | MOTION with memorandum in support by USA as to Landon Dawkins to recognize defendant's substantial assistance pursuant to Rule 5k1.1 (lap) (Entered: 12/08/1998) |
| 12/30/1998 | 82 | ACCEPTANCE OF PLEA of Guilty and Ajudication of Guilt as to Jeffrey Leon Harris (1) count(s) 2 ( Signed by Judge D. Merryday ) (lap) (Entered: 01/05/1999) |
| 01/15/1999 | 83 | NOTICE OF HEARING: setting Sentencing for 2:15 1/27/99 for Landon Dawkins |

| | | |
|---|---|---|
| | | Scheduled for Judge David D. Dowd Jr (kma) (Entered: 01/19/1999) |
| 01/29/1999 | 84 | NOTICE OF HEARING: setting Sentencing for 12:00 3/12/99 for Jeffrey Leon Harris Scheduled for Judge David D. Dowd Jr (aa) (Entered: 02/01/1999) |
| 02/03/1999 | 85 | SENTENCING before Judge David D. Dowd Jr as to Landon Dawkins (2) count(s) 2- Imprisonment: 41 months; Supervised Release: 48 months; Special Assessment: $100 (1/27/99-DDD) , and Count(s) disposed: Landon Dawkins (2) count(s) 1- Dismissed granting [81-1] motion to recognize defendant's substantial assistance pursuant to Rule 5k1.1 as to Landon Dawkins (2) Court Reporter: SWFLR-Tracie Sitkins (kma) (Entered: 02/05/1999) |
| 02/04/1999 | 86 | JUDGMENT as to Landon Dawkins MFR 9/32 ( Signed by Judge David D. Dowd Jr ) (kma) Modified on 02/05/1999 (Entered: 02/05/1999) |
| 03/08/1999 | 87 | RETURN of judgment executed as to Landon Dawkins on 2/23/99 at FCI, Miami (aa) (Entered: 03/09/1999) |
| 03/12/1999 | 88 | SENTENCING before Judge David D. Dowd Jr, as to Jeffrey Leon Harris (1) count(s) 2. Imprisonment: 188 months; Supervised Release: 60 months; Special Assessment: $100 [3/12/99 DDD] , Count(s) disposed: Jeffrey Leon Harris (1) count(s) 1. Dismissed Court Reporter: SWFLR/Lori Hedden (aa) (Entered: 03/16/1999) |
| 03/15/1999 | 89 | JUDGMENT as to Jeffrey Leon Harris (Signed by Judge David D. Dowd Jr) MFR 9/501 (aa) (Entered: 03/16/1999) |
| 06/30/1999 | 90 | CJA 20 Authorization to pay Jay E. Baily for defendant Landon Dawkins, Amount: $ 2795.15 Voucher # 0838180 (Signed by Judge Steven D. Merryday) (lap) (Entered: 06/30/1999) |
| 08/08/2000 | | SEALED DOCUMENT S- 1 (lap) (Entered: 08/08/2000) |
| 08/30/2000 | 91 | MINUTE ENTRY - Rule 35 Hearing continued as to Jeffrey Leon Harris held on 08/30/00 before Judge David D. Dowd Jr Court Reporter: SWFLR/Sabrina Beauvais (lap) (Entered: 08/31/2000) |
| 08/30/2000 | | SEALED DOCUMENT S- 2 (lap) (Entered: 08/31/2000) |
| 08/30/2000 | | SEALED DOCUMENT S- 3 (lap) (Entered: 08/31/2000) |
| 08/30/2000 | | SEALED DOCUMENT S- 4 (lap) (Entered: 08/31/2000) |
| 09/01/2000 | 92 | NOTICE of case reassignment from Judge Steven D. Merryday to Judge John E. Steele (Signed by deputy clerk) (lap) (Entered: 09/01/2000) |
| 09/01/2000 | | MAGISTRATE JUDGE CASE ASSIGNMENT Magistrate assigned: Douglas N. Frazier (lap) (Entered: 09/01/2000) |
| 11/03/2000 | | SEALED DOCUMENT S- 5 (lap) (Entered: 01/09/2001) |
| 01/08/2001 | | SEALED DOCUMENT S- 6 (lap) (Entered: 01/09/2001) |
| 01/09/2001 | | SEALED DOCUMENT S- 7 (lap) (Entered: 01/09/2001) |
| 01/16/2001 | | SEALED DOCUMENT S- 8 (lap) (Entered: 01/23/2001) |
| 01/23/2001 | | SEALED DOCUMENT S- 9 (lap) (Entered: 01/23/2001) |
| 01/23/2001 | | SEALED DOCUMENT S- 10 (lap) (Entered: 01/29/2001) |
| 02/08/2001 | 93 | RETURN of judgment executed as to Jeffrey Leon Harris on 01/30/01 at USP Lewisburg (lap) (Entered: 02/08/2001) |

| 02/12/2001 | 94 | RETURN of judgment executed as to Jeffrey Leon Harris on 02/05/01 at USP Lewisburg, PA (lap) (Entered: 02/13/2001) |
|---|---|---|
| 02/19/2002 | 95 | PETITION on probation and supervised release as to Landon Dawkins requesting modification (ORDER granting petition) ( Signed by Judge John E. Steele ) ctc (bjt) (Entered: 02/19/2002) |
| 05/21/2002 | 96 | PETITION on probation and supervised release as to Landon Dawkins requesting issuance of warrant (ORDER granting petition) ( Signed by Judge John E. Steele ) ctc (lap) (Entered: 05/21/2002) |
| 05/21/2002 | 97 | WARRANT ( ARREST) issued as to Landon Dawkins (lap) (Entered: 05/21/2002) |
| 09/24/2002 | | ARREST of Landon Dawkins in Southern District of Florida (lap) (Entered: 10/03/2002) |
| 10/03/2002 | 98 | RULE 40 documents as to Landon Dawkins received from Southern District of Florida (lap) (Entered: 10/03/2002) |
| 10/04/2002 | 99 | INITIAL appearance in MDFL on violation of supervised release by Landon Dawkins (lap) (Entered: 10/04/2002) |
| 10/04/2002 | 100 | CJA 23 FINANCIAL AFFIDAVIT by Landon Dawkins (lap) (Entered: 10/04/2002) |
| 10/04/2002 | 101 | ORDER appointing federal public defender for Landon Dawkins for probation/supervised release violation ( Signed by Magistrate Judge Douglas N. Frazier ) ctc (lap) (Entered: 10/04/2002) |
| 10/04/2002 | 102 | WARRANT ( ARREST) returned executed as to Landon Dawkins on 9/23/02 (lap) (Entered: 10/04/2002) |
| 10/04/2002 | 103 | NOTICE OF HEARING: set final probation revocation hearing for 11:30 10/21/02 for Landon Dawkins scheduled for Judge John E. Steele ( Signed by Deputy Clerk ) ctc (lap) (Entered: 10/04/2002) |
| 10/09/2002 | 104 | NOTICE of attorney appearance for Landon Dawkins by Martin DerOvanesian (lap) (Entered: 10/09/2002) |
| 10/10/2002 | 105 | RULE 40 documents as to Landon Dawkins received from Southern District of Florida (lap) (Entered: 10/11/2002) |
| 10/10/2002 | 106 | ORDER of detention as to Landon Dawkins (Rule 40) (lap) (Entered: 10/11/2002) |
| 10/21/2002 | 107 | FINAL SUPERVISED RELEASE REVOCATION HEARING held on 10/21/02 before Judge John E. Steele as to Landon Dawkins Court Reporter: NMRS-Elizabeth Barnes (lap) (Entered: 10/21/2002) |
| 10/22/2002 | 108 | REVOCATION of supervised release and judgment and commitment as to Landon Dawkins ( Signed by Judge John E. Steele ) ctc (lap) (Entered: 10/22/2002) |
| 02/20/2003 | 109 | RETURN of judgment executed as to Landon Dawkins on 02/11/03 at FCC Coleman Medium (lap) (Entered: 02/21/2003) |
| 03/07/2003 | 110 | RETURN of judgment executed as to Landon Dawkins on 02/11/03 at FCC Coleman Medium (lap) (Entered: 03/07/2003) |
| 08/30/2010 | | ***FRC record data: accession # 021 04 0367; agency box # 43 of 55; location # 5 011 23 8 3; temporary (LMH) (Entered: 08/30/2010) |
| 08/02/2013 | 111 | ORDER TRANSFERRING JURISDICTION to Southern District of Florida as to Jeffrey Leon Harris. Signed by Judge John E. Steele on 8/1/13. (drn) (Entered: 08/02/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/29/2013 15:20:43 | | | |
| PACER Login: | up0316 | Client Code: | Probation_PTS_Web |
| Description: | Docket Report | Search Criteria: | 2:98-cr-00086-JES |
| Billable Pages: | 7 | Cost: | 0.70 |